UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

LKQ Corporation, et al.
                    Plaintiff,

v.                                         Case No.: 1:22−cv−03691
                                           Honorable Nancy L. Maldonado

Christopher Shipman
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 2, 2022:

    MINUTE entry before the Honorable Nancy L. Maldonado: The Court is in receipt of Defendant Shipman's emergency motion for extension of time for leave to file his motion to dismiss and for leave to file a supplemental declaration in support of his motion to change venue [24]. The Court notes that such last minute requests for extensions are generally disfavored, and the request to file a supplemental declaration in particular comes more than a week after Defendant's deadline to file a reply. However, given Defense counsel's cited medical reasons for the delay in filing the motion, and the communication delays with Defendant, the Court finds good cause to allow the extension and filing of the supplemental affidavit. The motion is granted, and Defendant shall have a final extension until 12/05/2022 to file his motion to dismiss or otherwise respond to the complaint. The Court will also consider Defendant's supplemental declaration in ruling on the motion to transfer venue. Finally, as Defendant explains, the document filed at docket [22] is the correct copy of his pending motion to transfer venue, to which Plaintiffs have already responded, and the motion at docket [16] is an incorrect duplicate of his motion for leave to file. The Court therefore terminates the motion for leave to file at docket [16] as moot.

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.